IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 20-cv-00522-CNS-GPG | Date: October 3, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties* | *Counsel* |
|---|---|
| ESTATE OF ALLAN GEORGE<br>SARRA GEORGE<br>KENNETH ALLAN GEORGE<br>NICOLE LYNN WALLACE<br>M.E.G.<br>T.A.G.<br>**Plaintiffs**<br><br>v.<br><br>CITY OF RIFLE<br>DEWEY RYAN<br>TOMMY KLEIN<br>**Defendants** | *David Lane*<br>*Liana Orshan*<br><br><br><br><br><br><br><br>*Jonathan Eddy*<br>*Eric Ziporin* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel.

Argument given as to [126] Defendants' Motion for Summary Judgment by Mr. Ziporin with questions from the Court.

Argument given as to [126] Defendants' Motion for Summary Judgment by Mr. Lane with questions from the Court.

Rebuttal argument given by Mr. Ziporin.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [126] Defendants' Motion for Summary Judgment is DENIED in its entirety.**

Discussion held on filing of a motion in limine and trial readiness.

Court in Recess:  10:16 a.m.           Hearing concluded.           Total time in Court:  01:16